EUGENE R. WEDOFF
## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HOLLOWAY, THEODORE A | § | Case No. 11-12663 |
| HOLLOWAY, JANELLE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
    . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                    $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was            and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $           . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $           , for a total compensation of $          [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $      , and now requests reimbursement for expenses of $      , for total expenses of $         [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/PHILIP V. MARTINO_____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 11-12663 | ERW | Judge: EUGENE R. WEDOFF | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | HOLLOWAY, THEODORE A | | | Date Filed (f) or Converted (c): | 03/28/11 (f) |
| | HOLLOWAY, JANELLE | | | 341(a) Meeting Date: | 05/05/11 |
| For Period Ending: | 11/13/12 | | | Claims Bar Date: | 12/15/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOCATION: 1561 E. 93RD STREET, CHICAGO IL 60619 | 113,000.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING TFC BANK A/C # ???? | 100.00 | 0.00 | | 0.00 | FA |
| 3. SAVINGS GENESIS BANK A/C # ???? | 11.00 | 0.00 | | 0.00 | FA |
| 4. MISC. HOUSEHOLD ITEMS | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. 2010 TAX REFUND | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. POSSIBLE BATTERY CLAIM AGAINST COMMONWEALTH EDISON | 0.00 | Unknown | | 0.00 | FA |
| 7. 2007 CHRYSLER 300 SRT8 SEDAN 4D MILES 89,000 | 14,025.00 | 0.00 | | 0.00 | FA |
| 8. Motor Vehicle Accident Settlement (u) | 0.00 | 250,000.00 | | 233,465.05 | FA |

TOTALS (Excluding Unknown Values)       $129,636.00       $250,000.00             $233,465.05

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/12   Current Projected Date of Final Report (TFR): 12/31/12

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                                           Ver: 17.00b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-12663 -ERW | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | HOLLOWAY, THEODORE A | Bank Name: | Congressional Bank |
| | HOLLOWAY, JANELLE | Account Number / CD #: | *******7854  Fifth Third - Checking Account |
| Taxpayer ID No: | *******4245 | | |
| For Period Ending: | 11/13/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/27/12 | 8 | Law Offices of Jahnke Sullivan & Toolis | Balance of settlement | | 233,465.05 | | 233,465.05 |
| | | LAW OFFICES OF JAHNKE SULLIVAN & TO | Memo Amount:      250,000.00 | 1129-000 | | | |
| | | | Settlement of PI case | | | | |
| | | SOUTH SUBURBAN ADVOCATE | Memo Amount:    (     1,157.32 ) | 4210-000 | | | |
| | | | South Suburban Advocate Lien | | | | |
| | | STATE FARM | Memo Amount:    (    10,000.00 ) | 4210-000 | | | |
| | | | State Farm Medical Subrogation | | | | |
| | | LAW OFFICES OF JAHNKE SULLIVAN & TO | Memo Amount:    (     5,000.00 ) | 3210-000 | | | |
| | | | Special Counsel Fees | | | | |
| | | SOUTHLAND ORTHOPAEDICS, LTD. | Memo Amount:    (       377.63 ) | 4210-000 | | | |
| | | | Southland Orthopaedics, Ltd. Lien | | | | |
| 09/25/12 | 003001 | HSBC MORTGAGE SERVICES INC. | Loan #11152410 | 4110-000 | | 28,000.00 | 205,465.05 |
| | | P O BOX 10490 | | | | | |
| | | VIRGINIA BEACH, VA 23450 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 250,000.00 | COLUMN TOTALS | | 233,465.05 | 28,000.00 | 205,465.05 |
| | Memo Allocation Disbursements: | 16,534.95 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 233,465.05 | 28,000.00 | |
| | Memo Allocation Net: | 233,465.05 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 233,465.05 | 28,000.00 | |
| | Total Allocation Receipts: | 250,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | Total Allocation Disbursements: | 16,534.95 | Fifth Third - Checking Account - *******7854 | 233,465.05 | 28,000.00 | 205,465.05 |
| | Total Memo Allocation Net: | 233,465.05 | | 233,465.05 | 28,000.00 | 205,465.05 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
| | | | Page Subtotals | 233,465.05 | 28,000.00 | |

FORM 2

Page: 2

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-12663 -ERW | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | HOLLOWAY, THEODORE A | Bank Name: | Congressional Bank |
| | HOLLOWAY, JANELLE | Account Number / CD #: | *******7854 Fifth Third - Checking Account |
| Taxpayer ID No: | *******4245 | | |
| For Period Ending: | 11/13/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Fifth Third - Checking Account - ********7854

| | | | Page Subtotals | | 0.00 | 0.00 | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 13, 2012 |
|---|---|---|---|---|---|---|

Case Number:  11-12663  
Debtor Name:  HOLLOWAY, THEODORE A  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Quarles & Brady LLP | Administrative | | $5,321.50 | $0.00 | $5,321.50 |
| 000005<br>050<br>4110-00 | HSBC MORTGAGE SERVICES INC.<br>P O BOX 10490, VIRGINIA BEACH, VA 23450 | Secured | | $28,000.00 | $28,000.00 | $0.00 |
| 999<br>8200-00 | Theodore A. and Janelle Holloway | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000001<br>070<br>7100-00 | Commonwealth Edison Company<br>3 Lincoln Center<br>Oakbrook Terrace, IL 60181 | Unsecured | | $1,020.72 | $0.00 | $1,020.72 |
| 000002<br>070<br>7100-00 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $464.93 | $0.00 | $464.93 |
| 000003<br>070<br>7100-00 | Toyota Motor Credit Corporation<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $7,655.08 | $0.00 | $7,655.08 |
| 000004<br>070<br>7100-00 | Sallie Mae<br>C/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Unsecured | | $84,364.63 | $0.00 | $84,364.63 |
| 000006<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>c/o Capital One<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $1,058.89 | $0.00 | $1,058.89 |
| 000007<br>070<br>7100-00 | American InfoSource LP as agent for American Honda Finance<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $21,504.55 | $0.00 | $21,504.55 |
| 000008<br>070<br>7100-00 | US Department of Education<br>Direct Loan Servicing Center<br>PO BOX 5609<br>Greenville, TX 75403-5609 | Unsecured | | $29,832.08 | $0.00 | $29,832.08 |
| | Case Totals: | | | $179,222.38 | $28,000.00 | $151,222.38 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-12663  
Case Name: HOLLOWAY, THEODORE A  
  HOLLOWAY, JANELLE  
Trustee Name: PHILIP V. MARTINO  

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005 | HSBC MORTGAGE SERVICES INC. | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ | $ | $ |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ | $ | $ |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Commonwealth Edison Company | $ | $ | $ |
| 000002 | Atlas Acquisitions LLC | $ | $ | $ |
| 000003 | Toyota Motor Credit Corporation | $ | $ | $ |
| 000004 | Sallie Mae | $ | $ | $ |
| 000006 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000007 | American InfoSource LP as agent for | $ | $ | $ |
| 000008 | US Department of Education | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

   Remaining Balance                      $_____

   Tardily filed claims of general (unsecured) creditors totaling $   have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be   percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be   percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

   To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of   % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $  . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.