UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| **THEODORE A. AND JANELLE HOLLOWAY** | ) | Case No. 11-12663 |
| | ) | |
| **Debtors.** | ) | Honorable Eugene R. Wedoff |

### FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION FOR QUARLES & BRADY LLP, ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE BANKRUPTCY ESTATE OF <u>THEODORE A. AND JANELLE HOLLOWAY</u>

Trustee, Philip V. Martino, pursuant to Section 330 of the United States Bankruptcy Code, requests this Court to enter an order authorizing payment by Trustee to Quarles & Brady LLP ("**Q&B**"), attorneys for Trustee, of compensation of $5,235.00 for 15.0 hours of legal services rendered to Trustee (including 1 hour of estimated time to prepare this Application and attend the hearing on same) and actual and necessary costs in the amount of $86.50 from September 15, 2011, to the present.

In support of this Final Application, Trustee states as follows:

### I. <u>COMMENCEMENT OF PROCEEDING</u>

1.     March 28, 2011, Debtors filed a chapter 7 petition to initiate the above-captioned bankruptcy case and Philip V. Martino was appointed Trustee for this bankruptcy.

2.     The 341 meeting was held on May 5, 2011.

3.     Debtors' schedules reflected a possible personal injury lawsuit that could possibly benefit the unsecured creditors in this bankruptcy.

4.     On August 10, 2011, the lawsuit was filed in the Cook County Circuit Court, as Case No. 2011 L 008337, *Janelle Holloway, et al., v. Commonwealth Edison Company* ("**Lawsuit**").

5. On September 14, 2011, Trustee filed his initial report of assets and a bar date was set for December 15, 2011.

6. On October 11, 2011, this Court entered an Order granting the application to employ Q&B retroactive to September 15, 2011.

7. On October 11, 2011, this Court entered an Order granting Trustee's application to employ Richard Dvorak as his Special Counsel for the Lawsuit.

8. On February 3, 2012, Trustee received confirmation from Special Counsel that the settlement amount for the personal injury would be no more than $15,000. After Debtors' exemption and Special Counsel's fees were deducted from the settlement amount, there were no monies remaining to distribute to unsecured creditors.

9. On February 3, 2012, Trustee filed his report of no distribution.

10. On February 6, 2012, the bankruptcy case was closed and Trustee discharged.

11. On April 19, 2012, Trustee received an e-mail from Jahnke, Sullivan & Toolis, ("**Jahnke**") indicating that Debtors were to receive a settlement from State Farm Insurance in an undisclosed personal injury matter from May, 2005. The full amount of the settlement was $250,000.

12. On May 1, 2012, this Court entered its Order to reopen the bankruptcy so Trustee could administer the $250,000 settlement amount. The bar date of December 15, 2011, established when Trustee filed his initial report of assets on September 14, 2011, is proper.

13. On May 2, 2012, the Court entered an Order granting Trustee's application to retain Jahnke as his special counsel in connection with the $250,000 settlement.

14. On May 2, 2012, the case was inadvertently closed by the Clerk of Court.

15. On May 7, 2012, the case was reopened.

16. All professional services for which compensation is requested herein were performed by Q&B and on behalf of the Trustee and not for or on behalf of any creditor or any other person. Trustee separately accounts for his services as trustee herein, and does not request interim compensation for those services at this time.

### NATURE OF LEGAL SERVICES PERFORMED BY QUARLES & BRADY LLP

17. Q&B has served as counsel for the Trustee at all times in these proceedings since its appointment on October 11, 2011, retroactive to September 15, 2011. Q&B has devoted its time to legal matters in this case, including the following:

#### A. EMPLOYMENT OF PROFESSIONAL PERSONS

18. Q&B drafted the motion, and obtained court approval, to retain Q&B as Trustee's General Counsel. Q&B also prepared the motions, and obtained court approval, to retain Richard Dvorak as Trustee's special counsel in connection with the Lawsuit and Jahnke, Sullivan & Toolis in connection with the $250,000 unscheduled settlement. In addition, Q&B prepared the instant request for payment. In connection with the retention applications and requests for payment, Q&B expended 3.60 hours (including 1 hour of estimated time to prepare and finalize this fee application and attend court regarding same) for which it requests compensation of $1,005.00. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(1).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Philip V. Martino | 1.0 |
| Colleen A. Greer | 2.6 |

#### B. CLAIMS

19. Q&B worked with Debtors' counsel and counsel for HSBC regarding HSBC's claim. HSBC Mortgage Services ("**HSBC**") filed proof of claim number 5-1 (the "**Claim**")

3

QB\17212585.2

against the Debtors' bankruptcy estate. The Claim was filed in the amount of $48,852.80 as a general unsecured, non-priority claim. Debtors objected to HSBC's unsecured claim on the grounds that it was wholly secured by Debtors' residence. The parties engaged in negotiations, and were ultimately able to broker a settlement of HSBC's Claim. Pursuant to the settlement agreement, HSBC was granted an allowed general unsecured, non-priority claim in the amount of $28,000. Q&B prepared Trustee's Motion to Approve Settlement. In connection with the claims, Q&B expended 8.6 hours for which it requests compensation of $3,110.00. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(2).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Philip V. Martino | 1.4 |
| Sarah K. Baker | 7.2 |

### C. GENERAL REPRESENTATION

20.   Q&B prepared the motion to reopen the bankruptcy case in order for Trustee to administer the $250,000 settlement received from State Farm Insurance. In connection with the claims, Q&B expended .1 hour for which it requests compensation of $17.50. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(3).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Colleen A. Greer | .1 |

### D. ASSETS

21.   In connection with the liquidation of assets, Q&B reviewed the motion to approve settlement, worked with Debtors' attorney regarding a mortgage claim and the impact that the claim would have on the settlement distribution, followed up with counsel on the status of the

4

settlement check and prepared the report of settlement for the Court. In connection therewith, Q&B expended 2.7 for which it requests compensation of $1,102.50. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(4).** The general breakdown of services rendered in this category is as follows:

| **NAME** | **HOURS** |
|---|---|
| Philip V. Martino | 1.0 |
| Sarah K. Baker | 1.7 |

### II. STATEMENT OF LEGAL SERVICES AND EXPENSES

22. Since September 15, 2011, Q&B has devoted 15.0 hours (including 1 hour of estimated time) to represent the Trustee, and has provided this estate with actual and necessary legal services worth $5,235.00

23. While representing Trustee, Q&B expended $86.50 in delivery charges and photocopies ($.10 per page). Q&B respectfully requests to be compensated for these reasonable and necessary costs. Attached as **Exhibit C** is a breakdown of the costs.

24. Attached as **Exhibit D** is a biographical sketch (including billing rates) of the Q&B personnel who performed services on this matter during the term of this Application.

25. Attached as **Exhibit E** is Philip Martino's affidavit in support of the Application.

**WHEREFORE**, Trustee requests the entry of an order:

A. Authorizing payment to Q&B compensation in this bankruptcy proceeding in the amount of $5,235.00 for actual, necessary and valuable professional services rendered;

B. Authorizing reimbursement of $86.50 in reasonable and necessary costs incurred in the administration of this case; and

  C. For such other and further relief as this Court may deem equitable and just.

              Respectfully submitted,

              By: /s/Philip V. Martino
                Trustee
              Philip V. Martino
              Sarah K. Baker
              QUARLES & BRADY LLP
              300 North LaSalle Street, Suite 4000
              Chicago, IL  60654
              (312) 715-5000

**Quarles & Brady** LLP

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number: 1795543
Invoice Date: November 14, 2012

Privileged & Confidential

Philip V. Martino, Trustee-Theodore A. and Janelle Holloway
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through October 31, 2012
Re: Holloway - Professional Retention Chapter 7 Trustee Representation
Q & B Matter Number: 145807.00003

| | | |
|---|---|---|
| Current Fees: | $ | 715.00 |
| Current Total Due: | $ | 715.00 |
| **TOTAL AMOUNT DUE:** | $ | <u>715.00</u> |

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino, Trustee-Theodore A. and Janelle Holloway Theodore A. and Janelle Holloway
RE: Holloway - Professional Retention Chapter 7 Trustee Representation
Q & B Matter Number: 145807.00003

November 14, 2012

Invoice Number: 1795543

Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 09/28/11 | Prepare motion to retain Q&B as attorneys for Trustee (.5). | CGREER | 0.50 |
| 09/29/11 | Prepare motion to retain Richard Dvorak as special counsel for trustee (.5). | CGREER | 0.50 |
| 04/12/12 | Prepare draft combination motion to retain special counsel, allow payment from settlement, approve settlement and to shorten notice (1.6). | CGREER | 1.60 |
| 10/17/12 | Prepare application for fees for Q&B (.5). | CGREER | 0.50 |
| 10/18/12 | Review and revise final fee application. | SBAKER | 0.50 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| SBAKER | Sarah K. Baker | 0.50 | 345.00 | 172.50 |
| CGREER | Colleen A. Greer | 3.10 | 175.00 | 542.50 |
| Total | | 3.60 | | 715.00 |

Total Fees:  $  715.00

**Quarles & Brady** LLP

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number:   1795544
Invoice Date:     November 14, 2012

Privileged & Confidential

Philip V. Martino, Trustee-Theodore A. and Janelle Holloway
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through October 31, 2012
Re: Holloway - Claims Chapter 7 Trustee Representation
Q & B Matter Number: 145807.00004

| | | |
|---|---|---|
| Current Fees: | $ | 3,110.00 |
| Current Total Due: | $ | 3,110.00 |
| **TOTAL AMOUNT DUE:** | **$** | **3,110.00** |

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino, Trustee-Theodore A. and Janelle Holloway Theodore A. and Janelle Holloway

RE: Holloway - Claims Chapter 7 Trustee Representation

Q & B Matter Number: 145807.00004

November 14, 2012

Invoice Number: 1795544

Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 06/29/12 | Letter to HSBC regarding unsecured first mortgage claim. | PMARTINO | 0.50 |
| 07/18/12 | E-mail to/from Debtor's counsel regarding debriefing claim objections, closing status and timeline. | PMARTINO | 0.10 |
| 08/23/12 | Telephone call with P. Martino regarding motion to value secured claim. | SBAKER | 0.10 |
| 09/04/12 | Begin draft of 9019 motion (1.1). | SBAKER | 1.10 |
| 09/04/12 | Emails to and from and conference with Toolis regarding claim settlement (.3); conference with and emails to and from Baker regarding settlement approval (.2). | PMARTINO | 0.50 |
| 09/05/12 | Continue draft of Holloway 9019 motion. | SBAKER | 0.70 |
| 09/06/12 | Review 9019 motion to settle with HSBC. | PMARTINO | 0.20 |
| 09/06/12 | Draft Holloway 9019 motion. | SBAKER | 3.50 |
| 09/06/12 | Draft email to T. Tolle's regarding 9019 motion. | SBAKER | 0.20 |
| 09/10/12 | E-mails regarding revised order approving settlement to trace check flow to counsel, not creditor. | PMARTINO | 0.10 |
| 09/12/12 | Telephone call with T. Tooles regarding 9019 motion. | SBAKER | 0.10 |
| 09/12/12 | Review and revise settlement motion. | SBAKER | 0.50 |
| 09/25/12 | Attend hearing regarding motion to settle HSBC claim. | SBAKER | 1.00 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| PMARTINO | Philip V. Martino | 1.40 | 550.00 | 770.00 |
| SBAKER | Sarah K. Baker | 7.20 | 325.00 | 2,340.00 |
| Total | | 8.60 | | 3,110.00 |

Total Fees:    $    3,110.00

**Quarles & Brady** LLP

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number:  1795546
Invoice Date:    November 14, 2012

Privileged & Confidential

Philip V. Martino, Trustee-Theodore A. and Janelle Holloway
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through October 31, 2012
Re: Holloway - Assets Chapter 7 Trustee Representation
Q & B Matter Number: 145807.00005

|  |  |
|---|---|
| Current Fees: | $ 1,102.50 |
| Current Total Due: | $ 1,102.50 |
| **TOTAL AMOUNT DUE:** | **$ 1,102.50** |

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino, Trustee-Theodore A. and Janelle Holloway Theodore A. and Janelle Holloway

November 14, 2012

RE: Holloway - Assets Chapter 7 Trustee Representation
Q & B Matter Number: 145807.00005

Invoice Number: 1795546
Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 04/13/12 | Review and revise application to retain, pay, settle. | PMARTINO | 0.40 |
| 04/30/12 | Prepare for hearing regarding motion to reopen case and approve settlement. | SBAKER | 0.70 |
| 05/01/12 | Attend hearings to reopen case, appoint special counsel and approve settlement. | SBAKER | 1.00 |
| 07/05/12 | E-mails regarding objection to mortgage claim and lack of impact on settlement distribution. | PMARTINO | 0.20 |
| 07/18/12 | E-mail to/from special counsel regarding settlement check status. | PMARTINO | 0.10 |
| 07/25/12 | Prepare report of settlement for court. | PMARTINO | 0.30 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| PMARTINO | Philip V. Martino | 1.00 | 550.00 | 550.00 |
| SBAKER | Sarah K. Baker | 1.70 | 325.00 | 552.50 |
| Total | | 2.70 | | 1,102.50 |

Total Fees:    $    1,102.50

**Quarles & Brady** LLP

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number:   1795547
Invoice Date:     November 14, 2012

Privileged & Confidential

Philip V. Martino, Trustee-Theodore A. and Janelle Holloway
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through October 31, 2012
Re: Holloway - General - Costs Chapter 7 Trustee Representation
Q & B Matter Number: 145807.00006

| | | |
|---|---|---|
| Current Fees: | $ | 17.50 |
| Current Total Due: | $ | 17.50 |
| **TOTAL AMOUNT DUE:** | **$** | **17.50** |

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino, Trustee-Theodore A. and Janelle Holloway Theodore A. and Janelle Holloway  
RE: Holloway - General - Costs Chapter 7 Trustee Representation  
Q & B Matter Number: 145807.00006

November 14, 2012  
Invoice Number: 1795547  
Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 04/12/12 | Prepare draft motion to reopen bankruptcy case (.1). | CGREER | 0.10 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| CGREER | Colleen A. Greer | 0.10 | 175.00 | 17.50 |
| Total | | 0.10 | | 17.50 |

Total Fees: $ 17.50

**Quarles & Brady** LLP

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number:  1795550
Invoice Date:    November 14, 2012

Privileged & Confidential

Philip V. Martino, Trustee-Theodore A. and Janelle Holloway
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through October 31, 2012
Re: Holloway - General - Costs Chapter 7 Trustee Representation
Q & B Matter Number: 145807.00006

| | |
|---|---|
| Current Disbursements: | $     86.50 |
| Current Total Due: | $     86.50 |
| **TOTAL AMOUNT DUE:** | $     86.50 |

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino, Trustee-Theodore A. and Janelle Holloway Theodore A. and Janelle Holloway
RE: Holloway - General - Costs Chapter 7 Trustee Representation
Q & B Matter Number: 145807.00006

November 14, 2012

Invoice Number: 1795550
Page 2

**DISBURSEMENTS:**

| Date | Description | | Amount |
|---|---|---|---|
| 09/26/12 | Postage charges Express mail ovnt., 9/26/12 | $ | 20.10 |
| | Copy charges | | 66.40 |
| | Total Disbursements: | $ | 86.50 |
| | Total Fees and Disbursements: | $ | 86.50 |

## BIOGRAPHICAL INFORMATION

**Philip V. Martino** is a partner at Quarles & Brady.  He graduated from the American University, Washington, D.C. (B.S.B.A. 1979), and the Syracuse College of Law (J.D., *magna cum laude*, 1982).  Mr. Martino's hourly billing rate through 2011 was $525.00 and his hourly billing rate for fiscal year 2012 is $550.00.

**Sarah K. Baker** is an associate in the Q&B bankruptcy group in Chicago.  She received her B.A. from the University of Illinois in 2002, and her J.D. from William and Mary School of Law in 2006.  Ms. Baker is a member of the Pennsylvania and Illinois bars.  Her fiscal year 2012 hourly billing rate is $325.00.

**Colleen A. Greer** is a legal project assistant.  Ms. Greer graduated from Northern Michigan University (B.S., *magna cum laude*, 1981), and has worked with Mr. Martino on trustee matters for about 19 years.  Her hourly billing rate is $175.00.

**STATE OF ILLINOIS**          )
                               ) SS
**COUNTY OF COOK**             )

I, Philip V. Martino, on oath, state as follows:

1. I am partner with the law firm of Quarles & Brady LLP ("**Q&B**") and I am the trustee for the above referenced Debtor.

2. This affidavit is submitted in support of the First and Final Application for Allowance of Compensation for Q&B (the "**Application**").

3. In the ordinary course of Q&B's business, the attorneys and paralegals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, a description of the services rendered and the time spent on such services.

4. In the ordinary course of Q&B's business, the information on the timesheets is optically scanned and entered into Q&B's computer system.

5. In the ordinary course of Q&B's business, a pro forma is generated at the end of each month for each client, which is forwarded to the billing partner for his or her review.

6. In the ordinary course of Q&B's business, the billing partner reviews the pro forma.

7. In the ordinary course of Q&B's business, a bill is prepared by computer and sent to the client.

8. I have segregated the amount of time expended as Trustee from the amount of time I have expended acting as an attorney in this case.

9. I personally reviewed the pro formas for this estate each month and am familiar with Q&B's efforts in connection with the instant bankruptcy proceeding.

QB\17212585.2

10. I have reviewed Exhibits A and B to the Application, and they are based upon documents as aforesaid, which are made in the ordinary course of Q&B's business and it is part of the ordinary course of Q&B's business to prepare such documents.

11. To the best of my knowledge, the information set forth on Exhibits A, B and C and their subparts is true and correct.

/s/ Philip V. Martino
Philip V. Martino

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.