EUGENE R. WEDOFF

**UNITED STATES BANKRUPTCY COURT**

NORTHERN **DISTRICT OF** ILLINOIS

CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HOLLOWAY, THEODORE A | § | Case No. 11-12663 |
| HOLLOWAY, JANELLE | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                    CLERK OF THE BANKRUPTCY COURT
                    219 SOUTH DEARBORN STREET,  ROOM 713
                    CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/18/2012 in Courtroom 744,
                    United States Courthouse
                    219 South Dearborn
                    Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  11/14/2012                    By:  Clerk of the Bankruptcy Court
                                                             Clerk of the Bankruptcy Court

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*

*CHICAGO, IL 60654*

Case 11-12663    Doc 64    Filed 11/15/12    Entered 11/17/12 23:50:51    Desc Imaged
Certificate of Notice    Page 2 of 9

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
HOLLOWAY, THEODORE A § Case No. 11-12663
HOLLOWAY, JANELLE §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 250,000.00 |
| and approved disbursements of | $ | 44,534.95 |
| leaving a balance on hand of[1] | $ | 205,465.05 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005 | HSBC MORTGAGE SERVICES INC. | $ 48,528.80 | $ 28,000.00 | $ 28,000.00 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 205,465.05 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ 15,750.00 | $ 0.00 | $ 15,750.00 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 5,235.00 | $ 0.00 | $ 5,235.00 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 86.50 | $ 0.00 | $ 86.50 |

Total to be paid for chapter 7 administrative expenses　　　　　$　　　　21,071.50

Remaining Balance　　　　　$　　　　184,393.55

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 145,900.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Commonwealth Edison Company | $ 1,020.72 | $ 0.00 | $ 1,020.72 |
| 000002 | Atlas Acquisitions LLC | $ 464.93 | $ 0.00 | $ 464.93 |
| 000003 | Toyota Motor Credit Corporation | $ 7,655.08 | $ 0.00 | $ 7,655.08 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Sallie Mae | $ 84,364.63 | $ 0.00 | $ 84,364.63 |
| 000006 | Portfolio Recovery Associates, LLC | $ 1,058.89 | $ 0.00 | $ 1,058.89 |
| 000007 | American InfoSource LP as agent for | $ 21,504.55 | $ 0.00 | $ 21,504.55 |
| 000008 | US Departnment of Education | $ 29,832.08 | $ 0.00 | $ 29,832.08 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 145,900.88 |
| Remaining Balance | $ 38,492.67 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 607.98 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

Prepared By: /s/Philip V. Martino
　　　　　　　　　　　　　　　　　Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                                  United States Bankruptcy Court
                                  Northern District of Illinois

In re:                                                                       Case No. 11-12663-ERW
Theodore A Holloway                                                          Chapter 7
Janelle Holloway
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0752-1          User: bchavez               Page 1 of 3                  Date Rcvd: Nov 15, 2012
                              Form ID: pdf006             Total Noticed: 62


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2012.
db/jdb        +Theodore A Holloway,    Janelle Holloway,    1561 E. 93rd Street,    Chicago, IL 60619-8037
17024438      +ACL,   PO Box 27901,    Milwaukee, WI 53227-0901
17024436      +Accelerated Rehab Centers,    2396 Momentum Place,     Chicago, IL 60689-5325
17024437       Accounts Receivable Management,     PO Box 129,    Thorofare, NJ 08086-0129
17024439      +Advocate Christ Hospital,    4400 West 95th Street,     Oak Lawn, IL 60453-2654
17024440      +Advocate South Suburban,    17800 Kedzie Avenue,     Hazel Crest, IL 60429-2029
17024444      +Broadview Security,    P.O. Box 70834,    Charlotte, NC 28272-0834
17024445      +CBCS,   P.O. Box 69,    Columbus, OH 43216-0069
17024446      +Cbe Group,   1309 Technology Pkwy,     Cedar Falls, IA 50613-6976
17024447      +Check Systems, Inc.,    Attn: Customer Relations,     7805 Hudson Road, Ste 100,
                Woodbury, MN 55125-1703
17024448      +Chela,   Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
17024449      +Christ Hospital,    4440 W. 95th Street,    Oak Lawn, IL 60453-2699
17024450      +City of Chicago,    The Department of Water Management,     P.O. Box 6330,    Chicago, IL 60680-6330
17024451      +City of Chicago EMS,    33589 Treasury Ctr,    Chicago, IL 60694-3500
17024452      +Collect Sys,   8 South Michigan,     Chicago, IL 60603-3469
17024453      +Comcast,   PO Box 3002,    Southeastern, PA 19398-3002
17024454      +Credit Management,    4200 International Pwy,    Carrolton, TX 75007-1912
17024455      +Dermatology Associates Ltd.,    18425 West Creek Drive,     Suite F,   Tinley Park, IL 60477-6768
17024457      +ER Solutions, Inc.,    800 SW 39th Street,    PO Box 9004,    Renton, WA 98057-9004
17024456       Equifax Information Services, LLC,     P.O. Box 740256,    Atlanta, GA 30374-0256
17024458       Experian,   P.O. Box 9701,    Allen, TX 75013-9701
17024459      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
17024460      +Girling Health Care, Inc.,    P.O. Box 971146,    Dallas, TX 75397-1146
17971388       HSBC MORTGAGE SERVICES INC.,    P O BOX 10490,    VIRGINIA BEACH, VA 23450
17024461      +Hsbc/ms,   Po Box 3425,    Buffalo, NY 14240-3425
17024464      +Illinois Collection Se,    Po Box 1010,    Tinley Park, IL 60477-9110
17024465      +Ingalls Memorial Hospital,    PO. Box 5995,    Peoria, IL 61601-5995
17024467      +Ltd Financial Svcs Lp,    7322 Southwest Fwy Ste 1,     Houston, TX 77074-2010
17024469      +Midwest Anesthesiologists Ltd,    185 Penny ave,     Dundee, IL 60118-1454
17024477     ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Rc,     Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541)
17024479      +PROFESSIONAL ACCOUNT MANAGEMENT,     PO BOX 391,    Milwaukee, WI 53201-0391
17024472      +Palisades Collection,    Attn: Bankruptcy,    3348 Ridge Rd,    Lansing, IL 60438-3112
17024473      +Palos Surgicenter,    7340 College Dr.,    Palos Heights, IL 60463-1186
17024474      +Parkview Orthopaedic Group, SC,     7600 West College Drive,    Palos Heights, IL 60463-1066
17024475      +Peoples Engy,    130 E Randolph,    Chicago, IL 60601-6302
17024478      +Portfolio Recovery & affil,    120 Corporate Blvd Ste 1,     Norfolk, VA 23502-4962
17024481      +Santander Consumer Usa,    8585 N Stemmons Fwy Ste,     Dallas, TX 75247-3822
17024482      +Select Portfolio Svcin,    PO Box 65250,    Salt Lake City, UT 84165-0250
17024483       Southwest Laboratory Physicians, SC,     Dept 77-9288,    Chicago, IL 60678-9288
17024485      +The University of Chicago,    Physicians Group,    75 Remittance Drive, Suite 1385,
                Chicago, IL 60675-1385
17024486      +Toyota Motor Credit,    1111 West 22nd Street, Ste 420,     Oak Brook, IL 60523-1959
17229500       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,     POB 3001,   Malvern  PA 19355-0701
17024487      +TransUnion Consumer Solutions,    P.O. Box 2000,     Chester, PA 19016-2000
18124678       US Departnment of Education,    Direct Loan Servicing Center,     PO BOX 5609,
                Greenville, TX 75403-5609
17024488      +Univeristy of Chicago Physicians,     75 Remittance Drive Suite 1385,    Chicago, IL 60675-1385
17024489      +Us Dept Of Education,    Attn: Borrowers Service Dept,     Po Box 5609,   Greenville, TX 75403-5609
17024490      +Wyrhsr Mtg,    3815 South West Temple,    Salt Lake City, UT 84115-4412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17024441       E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 16 2012 00:46:38      American Honda Finance,
                Attn: Bankruptcy,   3625 West Royal Lane Suite 200,    Irving, TX 75063
17024442       E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 16 2012 00:46:38      American Honda Finance,
                2170 Point Blvd,   Elgin, IL 60123
18120436       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 16 2012 00:52:01
                American InfoSource LP as agent for,   American Honda Finance,    PO Box 248838,
                Oklahoma City, OK  73124-8838
17024443      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 16 2012 00:46:21      Asset Acceptance,
                Po Box 2036,   Warren, MI 48090-2036
17320196      +E-mail/Text: bnc@atlasacq.com Nov 16 2012 00:47:36     Atlas Acquisitions LLC,   294 Union St.,
                Hackensack, NJ 07601-4303
17317682      +E-mail/Text: legalcollections@comed.com Nov 16 2012 00:46:47      Commonwealth Edison Company,
                3 Lincoln Center,   Oakbrook Terrace, IL 60181-4204
17024462      +E-mail/Text: Bankruptcy@icsystem.com Nov 16 2012 00:48:21     I C System Inc,   Po Box 64378,
                Saint Paul, MN 55164-0378
17024463       E-mail/Text: Bankruptcy@icsystem.com Nov 16 2012 00:48:21     I.C. System, Inc.,
                444 Highway 96 East,   P.O. Box 64437,    Saint Paul, MN 55164-0437
17024466      +E-mail/Text: lrsinc4u@aol.com Nov 16 2012 00:48:12     Louisiana Recovery Svc,
                1304 Bertrand Dr Ste F4,   Lafayette, LA 70506-9106
```

```
District/off: 0752-1          User: bchavez              Page 2 of 3           Date Rcvd: Nov 15, 2012
                              Form ID: pdf006           Total Noticed: 62

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
17024468     +E-mail/Text: resurgentbknotifications@resurgent.com Nov 16 2012 00:45:43      Lvnv Funding Llc,
              P.o. B   10584,    Greenville, SC 29603-0584
17024470      E-mail/Text: bankruptcydepartment@ncogroup.com Nov 16 2012 00:48:40      Nco- Medclr,
              PO Box 8547,    Philadelphia, PA 19101
17024471     +E-mail/Text: bankruptcydepartment@ncogroup.com Nov 16 2012 00:48:41      Nco/inovision-medclr,
              Attn: Bankruptcy,    507 Prudential Rd,    Horsham, PA 19044-2308
17024484      E-mail/Text: appebnmailbox@sprint.com Nov 16 2012 00:46:23      Sprint,    PO Box 54977,
              Los Angeles, CA 90054
17914392     +E-mail/PDF: pa_dc_claims@salliemae.com Nov 16 2012 00:51:50      Sallie Mae,    C/o Sallie Mae Inc.,
              220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
17024480     +E-mail/PDF: pa_dc_claims@salliemae.com Nov 16 2012 00:52:50      Sallie Mae,
              Chela Attn: Bankruptcy,,    PO Box 9500,   Wilkes Barre, PA 18773-9500
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Christopher M Jahnke
17024476     Peoples Gas,   Must call local office or 877-832-6747
18075792*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    c/o Capital One,   POB 41067,
              Norfolk VA 23541)
17878505*    Toyota Motor Credit Corporation,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
                                                                                   TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 17, 2012**          **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: bchavez              Page 3 of 3              Date Rcvd: Nov 15, 2012
                              Form ID: pdf006            Total Noticed: 62
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2012 at the address(es) listed below:

          Monette W Cope    on behalf of Creditor   American Honda Finance Corp. ecfnil@weltman.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Philip V Martino    philip.martino@quarles.com,
           pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
          Philip V Martino    on behalf of Trustee Philip Martino philip.martino@quarles.com
          Sarah  Baker    on behalf of Trustee Philip Martino sarah.baker@quarles.com
          Thomas W Toolis    on behalf of Debtor Theodore Holloway twt@jtlawllc.com,
           lld@jtlawllc.com;axb@jtlawllc.com

                                                                                                              TOTAL: 6