EUGENE R. WEDOFF
UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
HOLLOWAY, THEODORE A § Case No. 11-12663
HOLLOWAY, JANELLE §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/PHILIP V. MARTINO_____
                                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Theodore A. and Janelle Holloway |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Santander Consumer Usa<br>8585 N Stemmons Fwy Ste<br>Dallas, TX 75247 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wyrhsr Mtg 3815 South West Temple Salt Lake City, UT 84115 | | | | | |
| 000005 | HSBC MORTGAGE SERVICES INC. | | | | | |
| | SOUTH SUBURBAN ADVOCATE | | | | | |
| | SOUTHLAND ORTHOPAEDICS, LTD. | | | | | |
| | STATE FARM | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | | | | | |
| QUARLES & BRADY LLP | | | | | |
| QUARLES & BRADY LLP | | | | | |
| LAW OFFICES OF JAHNKE SULLIVAN & TO | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACL PO Box 27901<br>Milwaukee, WI 53227 | | | | | |
| | Accelerated Rehab Centers<br>2396 Momentum Place<br>Chicago, IL 60689 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Accounts Receivable Management PO Box 129 Thorofare, NJ 08086-0129 | | | | | |
| | Advocate Christ Hospital 4400 West 95th Street Oak Lawn, IL 60453 | | | | | |
| | Advocate South Suburban 17800 Kedzie Avenue Hazel Crest, IL 60429 | | | | | |
| | Asset Acceptance Po Box 2036 Warren, MI 48090 | | | | | |
| | Broadview Security P.O. Box 70834 Charlotte, NC 28272 | | | | | |
| | CBCS P.O. Box 69 Columbus, OH 43216 | | | | | |
| | Cbe Group 1309 Technology Pkwy Cedar Falls, IA 50613 | | | | | |
| | Check Systems, Inc. Attn: Customer Relations 7805 Hudson Road, Ste 100 Woodbury, MN 55125 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | | | | |
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | | | | |
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | | | | |
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | | | | |
| | Christ Hospital 4440 W. 95th Street Oak Lawn, IL 60453 | | | | | |
| | City of Chicago EMS 33589 Treasury Ctr Chicago, IL 60694 | | | | | |
| | City of Chicago The Department of Water Management P.O. Box 6330 Chicago, IL 60680 | | | | | |
| | Collect Sys 8 South Michigan Chicago, IL 60603 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Collect Sys 8 South Michigan Chicago, IL 60603 | | | | | |
| | Collect Sys 8 South Michigan Chicago, IL 60603 | | | | | |
| | Collect Sys 8 South Michigan Chicago, IL 60603 | | | | | |
| | Comcast PO Box 3002 Southeastern, PA 19398 | | | | | |
| | Credit Management 4200 International Pwy Carrolton, TX 75007 | | | | | |
| | Dermatology Associates Ltd. 18425 West Creek Drive Suite F Tinley Park, IL 60477 | | | | | |
| | ER Soluntions, Inc. 800 SW 39th Street PO Box 9004 Renton, WA 98057 | | | | | |
| | Equifax Information Services, LLC P.O. Box 740256 Atlanta, GA 30374-0256 | | | | | |
| | Experian P.O. Box 9701 Allen, TX 75013-9701 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Premier Bank 601 S Minnesota Ave Sioux Falls, SD 57104 | | | | | |
| | Girling Health Care, Inc. P.O. Box 971146 Dallas, TX 75397 | | | | | |
| | I C System Inc Po Box 64378 Saint Paul, MN 55164 | | | | | |
| | I.C. System, Inc. 444 Highway 96 East P.O. Box 64437 Saint Paul, MN 55164-0437 | | | | | |
| | Illinois Collection Se Po Box 1010 Tinley Park, IL 60487 | | | | | |
| | Illinois Collection Se Po Box 1010 Tinley Park, IL 60487 | | | | | |
| | Ingalls Memorial Hospital PO. Box 5995 Peoria, IL 61601 | | | | | |
| | Ingalls Memorial Hospital PO. Box 5995 Peoria, IL 61601 | | | | | |
| | Louisiana Recovery Svc 1304 Bertrand Dr Ste F4 Lafayette, LA 70506 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ltd Financial Svcs Lp 7322 Southwest Fwy Ste 1 Houston, TX 77074 | | | | | |
| | Lvnv Funding Llc P.o. B 10584 Greenville, SC 29603 | | | | | |
| | Lvnv Funding Llc P.o. B 10584 Greenville, SC 29603 | | | | | |
| | Midwest Anesthesiologists Ltd 185 Penny ave Dundee, IL 60118 | | | | | |
| | Midwest Anesthesiologists Ltd 185 Penny ave Dundee, IL 60118 | | | | | |
| | Nco/inovision-medclr Attn: Bankruptcy 507 Prudential Rd Horsham, PA 19044 | | | | | |
| | PROFESSIONAL ACCOUNT MANAGEMENT PO BOX 391 Milwaukee, WI 53201 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palos Surgicenter 7340 College Dr. Palos Heights, IL 60463 | | | | | |
| | Parkview Orthopaedic Group, SC 7600 West College Drive Palos Heights, IL 60463 | | | | | |
| | Peoples Gas Must call local office or 877-832-6747 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Portfolio Rc Attn: Bankruptcy Po Box 41067 Norfolk, VA 23541 | | | | | |
| | Southwest Laboratory Physicians, SC Dept 77-9288 Chicago, IL 60678-9288 | | | | | |
| | Sprint PO Box 54977 Los Angeles, CA 90054 | | | | | |
| | The University of Chicago Physicians Group 75 Remittance Drive, Suite 1385 Chicago, IL 60675 | | | | | |
| | TransUnion Consumer Solutions P.O. Box 2000 Chester, PA 19022-2002 | | | | | |
| | Univeristy of Chicago Physicians 75 Remittance Drive Suite 1385 Chicago, IL 60675 | | | | | |
| 000007 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000002 | ATLAS ACQUISITIONS LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | COMMONWEALTH EDISON COMPANY | | | | | |
| 000006 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000004 | SALLIE MAE | | | | | |
| 000003 | TOYOTA MOTOR CREDIT CORPORATION | | | | | |
| 000008 | US DEPARTNMENT OF EDUCATION | | | | | |
| | AMERICAN INFOSOURCE LP AS AGENT FOR ATLAS ACQUISITIONS LLC | | | | | |
| | COMMONWEALTH EDISON COMPANY | | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| | SALLIE MAE | | | | | |
| | TOYOTA MOTOR CREDIT CORPORATION | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US DEPARTNMENT OF EDUCATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8
0/1/2010

| Case No: | 11-12663 | ERW | Judge: EUGENE R. WEDOFF | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|---|
| Case Name: | HOLLOWAY, THEODORE A | | | Date Filed (f) or Converted (c): | 03/28/11 (f) |
| | HOLLOWAY, JANELLE | | | 341(a) Meeting Date: | 05/05/11 |
| For Period Ending: | 02/05/13 | | | Claims Bar Date: | 12/15/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOCATION: 1561 E. 93RD STREET, CHICAGO IL 60619 | 113,000.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING TFC BANK A/C # ???? | 100.00 | 0.00 | | 0.00 | FA |
| 3. SAVINGS GENESIS BANK A/C # ???? | 11.00 | 0.00 | | 0.00 | FA |
| 4. MISC. HOUSEHOLD ITEMS | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. 2010 TAX REFUND | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. POSSIBLE BATTERY CLAIM AGAINST COMMONWEALTH EDISON | 0.00 | Unknown | | 0.00 | FA |
| 7. 2007 CHRYSLER 300 SRT8 SEDAN 4D MILES 89,000 | 14,025.00 | 0.00 | | 0.00 | FA |
| 8. Motor Vehicle Accident Settlement (u) | 0.00 | 250,000.00 | | 233,465.05 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $129,636.00 | $250,000.00 | | $233,465.05 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/12     Current Projected Date of Final Report (TFR): 12/31/12

LFORM1                                                                                                                                                        Ver: 17.01
**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-12663 -ERW | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | HOLLOWAY, THEODORE A | Bank Name: | Congressional Bank |
|  | HOLLOWAY, JANELLE | Account Number / CD #: | *******7854 Fifth Third - Checking Account |
| Taxpayer ID No: | *******4245 |  |  |
| For Period Ending: | 02/05/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 07/27/12 | 8 | Law Offices of Jahnke Sullivan & Toolis | Balance of settlement |  | 233,465.05 |  | 233,465.05 |
|  |  | LAW OFFICES OF JAHNKE SULLIVAN & TO | Memo Amount:   250,000.00 | 1129-000 |  |  |  |
|  |  |  | Settlement of PI case |  |  |  |  |
|  |  | SOUTH SUBURBAN ADVOCATE | Memo Amount:  (   1,157.32 ) | 4210-000 |  |  |  |
|  |  |  | South Suburban Advocate Lien |  |  |  |  |
|  |  | STATE FARM | Memo Amount:  (   10,000.00 ) | 4210-000 |  |  |  |
|  |  |  | State Farm Medical Subrogation |  |  |  |  |
|  |  | LAW OFFICES OF JAHNKE SULLIVAN & TO | Memo Amount:  (   5,000.00 ) | 3210-000 |  |  |  |
|  |  |  | Special Counsel Fees |  |  |  |  |
|  |  | SOUTHLAND ORTHOPAEDICS, LTD. | Memo Amount:  (   377.63 ) | 4210-000 |  |  |  |
|  |  |  | Southland Orthopaedics, Ltd. Lien |  |  |  |  |
| 09/25/12 | 003001 | HSBC MORTGAGE SERVICES INC. | Loan #11152410 | 4110-000 |  | 28,000.00 | 205,465.05 |
|  |  | P O BOX 10490 |  |  |  |  |  |
|  |  | VIRGINIA BEACH, VA 23450 |  |  |  |  |  |
| 12/18/12 | 003002 | PHILIP V. MARTINO | Chapter 7 Compensation/Fees | 2100-000 |  | 15,750.00 | 189,715.05 |
|  |  | QUARLES & BRADY LLP |  |  |  |  |  |
|  |  | SUITE 4000 |  |  |  |  |  |
|  |  | 300 NORTH LASALLE STREET |  |  |  |  |  |
|  |  | CHICAGO, IL  60654 |  |  |  |  |  |
| 12/18/12 | 003003 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee |  |  | 5,321.50 | 184,393.55 |
|  |  |  | Fees   5,235.00 | 3110-000 |  |  |  |
|  |  |  | Expenses   86.50 | 3120-000 |  |  |  |
| 12/18/12 | 003004 | Commonwealth Edison Company | Claim 000001, Payment 100.41637% |  |  | 1,024.97 | 183,368.58 |
|  |  | 3 Lincoln Center |  |  |  |  |  |
|  |  | Oakbrook Terrace, IL 60181 |  |  |  |  |  |
|  |  |  | Claim   1,020.72 | 7100-000 |  |  |  |
|  |  |  | Interest   4.25 | 7990-000 |  |  |  |
| 12/18/12 | 003005 | Atlas Acquisitions LLC | Claim 000002, Payment 100.41727% |  |  | 466.87 | 182,901.71 |

Page Subtotals   233,465.05   50,563.34

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-12663 -ERW | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | HOLLOWAY, THEODORE A | Bank Name: | Congressional Bank |
|  | HOLLOWAY, JANELLE | Account Number / CD #: | *******7854 Fifth Third - Checking Account |
| Taxpayer ID No: | *******4245 |  |  |
| For Period Ending: | 02/05/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | 294 Union St. Hackensack, NJ 07601 | Claim 464.93 / Interest 1.94 | 7100-000 / 7990-000 |  |  |  |
| 12/18/12 | 003006 | Toyota Motor Credit Corporation c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000003, Payment 100.41672% (3-1) DEFICIENCY BALANCE RELATED TO MOTOR VEHICLE LOAN |  |  | 7,686.98 | 175,214.73 |
|  |  |  | Claim 7,655.08 / Interest 31.90 | 7100-000 / 7990-000 |  |  |  |
| 12/18/12 | 003007 | Sallie Mae C/o Sallie Mae Inc. 220 Lasley Ave. Wilkes-Barre, PA 18706 | Claim 000004, Payment 100.41671% |  |  | 84,716.19 | 90,498.54 |
|  |  |  | Claim 84,364.63 / Interest 351.56 | 7100-000 / 7990-000 |  |  |  |
| 12/18/12 | 003008 | Portfolio Recovery Associates, LLC c/o Capital One POB 41067 Norfolk VA 23541 | Claim 000006, Payment 100.41647% |  |  | 1,063.30 | 89,435.24 |
|  |  |  | Claim 1,058.89 / Interest 4.41 | 7100-000 / 7990-000 |  |  |  |
| 12/18/12 | 003009 | American InfoSource LP as agent for American Honda Finance PO Box 248838 Oklahoma City, OK 73124-8838 | Claim 000007, Payment 100.41670% |  |  | 21,594.16 | 67,841.08 |
|  |  |  | Claim 21,504.55 / Interest 89.61 | 7100-000 / 7990-000 |  |  |  |
| 12/18/12 | 003010 | US Departnment of Education | Claim 000008, Payment 100.41670% |  |  | 29,956.39 | 37,884.69 |

Page Subtotals    0.00    145,017.02

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-12663 -ERW | | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- |
| Case Name: | HOLLOWAY, THEODORE A | | Bank Name: | Congressional Bank |
| | HOLLOWAY, JANELLE | | Account Number / CD #: | *******7854 Fifth Third - Checking Account |
| Taxpayer ID No: | *******4245 | | | |
| For Period Ending: | 02/05/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/18/12 | 003011 | Direct Loan Servicing Center<br>PO BOX 5609<br>Greenville, TX 75403-5609<br><br>Theodore A. and Janelle Holloway | Claim         29,832.08<br>Interest        124.31<br>Surplus Funds to Debtor | 7100-000<br>7990-000<br>8200-000 | | 37,884.69 | 0.00 |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Memo Allocation Receipts: | 250,000.00 | COLUMN TOTALS | 233,465.05 | 233,465.05 | 0.00 |
| | Memo Allocation Disbursements: | 16,534.95 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 233,465.05 | 233,465.05 | |
| | Memo Allocation Net: | 233,465.05 | Less: Payments to Debtors | | 37,884.69 | |
| | | | Net | 233,465.05 | 195,580.36 | |
| | Total Allocation Receipts: | 250,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | Total Allocation Disbursements: | 16,534.95 | Fifth Third - Checking Account - *******7854 | 233,465.05 | 195,580.36 | 0.00 |
| | Total Memo Allocation Net: | 233,465.05 | | 233,465.05 | 195,580.36 | 0.00 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      37,884.69

Ver: 17.01

LFORM24